UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY HERBERT,<br><br>      Plaintiff,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>      Defendant. | CASE NO. C17-1032-JLR<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

  Plaintiff's application to proceed in forma pauperis (Dkt. 6) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

  The Clerk is directed to send a copy of this Order to plaintiff.

  DATED this 24th day of July, 2017.

                _____
                BRIAN A. TSUCHIDA
                United States Magistrate Judge